UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIGNATURE FLIGHT SUPPORT CORP. and )<br>HAWKER BEECHCRAFT SERVICES INC., )<br>)<br>Defendants. )<br>) | Case: 01:08-CV-01164<br>Judge: Roberts, Richard W.<br>Assign Date: 7/3/2008 |

**DEFENDANT'S CERTIFICATION OF COMMUNICATIONS CONCERNING THE PROPOSED FINAL JUDGMENT IN THIS ACTION**

The Defendant Hawker Beechcraft Services, Inc. ("Hawker") makes this submission pursuant to the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), regarding written and oral communications between representatives of Hawker and any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed in this matter on July 3, 2008.

Other than communications solely between counsel of record for Hawker and employees of the Department of Justice ("DOJ Staff"), the following communication concerning or relevant to the proposed Final Judgment occurred and included, to the best of Hawker's knowledge, the persons noted below:

1. On April 14, 2008, the following persons participated in a telephone conference with DOJ Staff and discussed, among other topics, Hawker's Fixed Based Operations ("FBO") business at the Indianapolis International Airport: counsel for Hawker and Hawker Senior Manager General Mike Robinson.

Hawker hereby certifies that this disclosure complies with the requirements of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), and that this disclosure is a true and

complete description of relevant communications known to Hawker or of which Hawker should reasonably have known.

Dated: July 14, 2008

                                  For Hawker Beechcraft Services, Inc.:

By: *[signature]*
Richard C. Park (D.C. Bar # 458426)
Fried, Frank, Harris, Shriver &
   Jacobson LLP
1001 Pennsylvania Ave., NW
Washington, DC  20004
Telephone:  202-639-7064
Facsimile:  202-639-7003
Email:  richard.park@friedfrank.com

2