UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          *Plaintiff*, )<br>)<br>v. )<br>)<br>SIGNATURE FLIGHT SUPPORT )<br>CORPORATION,  *and* )<br>)<br>HAWKER BEECHCRAFT SERVICES, )<br>INC. )<br>          *Defendant*s. )<br>) | Civil Action No.:  1:08-cv-01164-RWR<br>**Judge Richard W. Roberts** |

### ENTRY OF APPEARANCE

THE CLERK WILL PLEASE enter the appearance of Gordon L. Lang and Nixon Peabody LLP, 401 9th Street, N.W., Suite 900, Washington, DC 20004 as counsel for the Defendant Signature Flight Support Corporation in this case, pursuant to LCvR 83.6.

Dated:  July 15, 2008

Respectfully submitted,

/s/ Gordon L. Lang
Gordon L. Lang (DC Bar # 932731)
Nixon Peabody LLP
401 9th St. N.W., Suite 900
Washington, D.C. 20004
Telephone: 202/585-8319
Facsimile: 202/585-8080
Email: glang@nixonpeabody.com

FOR DEFENDANT SIGNATURE
FLIGHT SUPPORT CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Entry of Appearance was served by electronic delivery on this 15th day of July, 2008, to Angela L. Hughes, counsel for the United States and Richard Park and Peter Guryan, counsel for Hawker Beechcraft Services, Inc.

    /s/ Gordon L. Lang
Gordon L. Lang