# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **Civil Action No.:  1:08-cv-01164-RWR** |
| *Plaintiff,* | ) | **Judge Richard W. Roberts** |
| | ) | |
| v. | ) | |
| | ) | |
| **SIGNATURE FLIGHT SUPPORT** | ) | |
| **CORPORATION,**   *and* | ) | |
| | ) | |
| **HAWKER BEECHCRAFT SERVICES,** | ) | |
| **INC.** | ) | |
| *Defendant*s. | ) | |
| | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. of Civ. P. 7.1 and Local Rule 7.1, I, the undersigned, counsel of

record for Signature Flight Support Corporation, certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of it which have any

outstanding securities in the hands of the public.

**BBA Aviation plc**

These representations are made in order that judges of this court may determine the need

for recusal.

2

Dated:  July 15, 2008                              Respectfully submitted,

                                                   /s/ Gordon L. Lang
                                                   Gordon L. Lang (DC Bar # 932731)
                                                   Nixon Peabody LLP
                                                   401 9th St. N.W., Suite 900
                                                   Washington, D.C. 20004
                                                   Telephone: 202/585-8319
                                                   Facsimile: 202/585-8080
                                                   Email: glang@nixonpeabody.com


                                                   ATTORNEY OF RECORD FOR
                                                   DEFENDANT SIGNATURE
                                                   FLIGHT SUPPORT CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance was served by electronic delivery on this 15th day of July, 2008, to Angela L. Hughes, counsel for the United States and Richard Park and Peter Guryan, counsel for Hawker Beechcraft Services, Inc.

                                          /s/ Gordon L. Lang
                                         Gordon L. Lang