## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Case: 01:08-CV-01164 |
| ) | Judge: Roberts, Richard W. |
| SIGNATURE FLIGHT SUPPORT CORP. and  ) | Assign Date: 7/3/2008 |
| HAWKER BEECHCRAFT SERVICES INC.,  ) | |
| ) | |
| Defendants.  ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. of Civ. P. 7.1 and Local Rule 7.1, I, the undersigned, counsel of record for Hawker Beechcraft Services, Inc. ("Hawker"), certify that to the best of my knowledge and belief, Hawker has no parent company, subsidiary or affiliate which has any outstanding securities in the hands of the public.

Dated: July 15, 2008

                                          For Hawker Beechcraft Services, Inc.:

                                          By:    /s/ Richard C. Park
                                                  Richard C. Park (D.C. Bar # 458426)
                                                  Fried, Frank, Harris, Shriver &
                                                     Jacobson LLP
                                               1001 Pennsylvania Ave., NW
                                               Washington, DC   20004
                                               Telephone:  202-639-7064
                                               Facsimile:  202-639-7003
                                               Email:  richard.park@friedfrank.com