UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     )<br>*Plaintiff,*     )<br>)<br>v.     )<br>)<br>**SIGNATURE FLIGHT SUPPORT**     )<br>**CORPORATION**    *and*     )<br>)<br>**HAWKER BEECHCRAFT SERVICES,**     )<br>**INC.,**     )<br>*Defendant*s.     )<br>)     | Civil Action No.: 08-cv-1164 RWR |

### NOTICE BY UNITED STATES OF CHANGE OF ADDRESS

Plaintiff United States of America hereby submits this notice of a change of address for its counsel in the above-captioned case. The address for counsel for plaintiff is now the following:

Angela L. Hughes
Michelle Livingston
U.S. Department of Justice, Antitrust Division
450 5th Street, NW, Suite 4100
Washington, DC 20530

The telephone and facsimile numbers and email address remain the same:
    Telephone No.:  202-307-6410
    Facsimile No.:  202-307-2784
    Email:  angela.hughes@usdoj.gov.

Dated: July 16, 2008

Respectfully submitted,

FOR PLAINTIFF:
      "/s/"
Angela L. Hughes (DC Bar #303420)