UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION, *and*<br><br>HAWKER BEECHCRAFT SERVICES, INC.<br>*Defendants*. | Civil Action No.: 1:08-cv-01164-RWR |

### CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT REQUIREMENTS ON BEHALF OF DEFENDANT SIGNATURE FLIGHT SUPPORT CORPORATION

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g) (the "Tunney Act"), defendant Signature Flight Support Corporation ("Signature"), by its attorneys, submits the following description and certification of all written and oral communications by or on behalf of Signature with any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed in this action on July 3, 2008. In accordance with Section 2(g), this description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

On April 22, 2008, Bruce Van Allen—President Flight Support, BBA Aviation plc; Steve Lee—President Signature Flight Support Corporation; Paul Hechenberger, Esq.—Vice-President and Chief Counsel Mergers & Acquisitions  BBA Aviation plc; and Gordon Lang—Nixon Peabody LLP,  met with representatives of the Antitrust Division of the United States

11083135.1

Department of Justice in Washington, D.C.  The meeting concerned the fixed base operations business and the fixed base operations facilities at the Indianapolis International Airport, potential settlement, and the potential terms of a proposed final judgment.

    The above is a true and complete description of such communications known to Signature or which Signature reasonably should have known.

Dated:  July 18, 2008                                   Respectfully submitted,

                                                              /s/ Gordon L. Lang
                                                              Gordon L. Lang (DC Bar # 932731)
                                                               Nixon Peabody LLP
                                                               401 9th St. N.W., Suite 900
                                                               Washington, D.C. 20004
                                                               Telephone: 202/585-8319
                                                               Facsimile: 202/585-8080
                                                               Email: glang@nixonpeabody.com

                                                              ATTORNEY OF RECORD FOR
                                                              DEFENDANT SIGNATURE FLIGHT
                                                              SUPPORT CORPORATION

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2008 I served the foregoing Certification Of Compliance With Tunney Act Requirements On Behalf Of Defendant Signature Flight Support Corporation was served by ECF upon:

Angela L. Hughes (DC Bar #303420)
Trial Attorney, Transportation, Energy
& Agriculture Section
Antitrust Division
U.S. Department of Justice
450 5th Street, N.W., Suite 4100
Washington, DC 20530
Telephone: 202/307-6410
Facsimile: 202/307-2784
Email: angela.hughes@usdoj.gov

*Counsel for Plaintiffs*

Richard Park (D.C. Bar # 458426)
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202/639-7064
Facsimile: 202/639-7003
Email: richard.park@friedfrank.com

*Counsel for Hawker Beechcraft Services, Inc.*

                                                       /s/ Gordon L. Lang
                                                       Gordon L. Lang